**EOD**

07/24/2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DELTA PETROLEUM CORP., et. al., | § | Case No. 11-14006 |
| | § | in the United States Bankruptcy Court |
| | § | for the District of Delaware |
| | § | |
| | § | |
| | § | |
| *Debtors.* | § | Chapter 11 |

| | | |
|---|---|---|
| CASTLE TEXAS PRODUCTION, L.P. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Adversary No. 12-6028 |
| | § | |
| THE LONG TRUSTS | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO
ABSTAIN AND REMAND TO THE SUPREME COURT
OF TEXAS AND DISMISSING AS MOOT
RECOVERY TRUSTEE'S MOTION TO TRANSFER VENUE**

The Court has heard and considered the Motion to Abstain and Remand to the

Texas Supreme Court filed in this removed action by Larry T. Long, L. Allan Long, and

B. Virginia Long, in their respective capacities as Trustees of the Lawrence Allen Long

Trust, the Charles Edward Long Trust, the Larry Thomas Long Trust, and the John

Stephen Long Trust (collectively, the "Long Trusts"), as well as the Motion to Transfer

Venue to the United States Bankruptcy Court for the District of Delaware filed by John T.

Young, Jr. (the "Recovery Trustee"), as Trustee for the Delta Petroleum General

Recovery Trust, both filed in the above-referenced adversary proceeding that was

removed to this Court from the Supreme Court of Texas.  The Court finds that appropriate

notice of the Motion and the hearing was given according to the Federal and Local Rules

of Bankruptcy Procedure.

Upon due consideration of the pleadings, the evidence admitted at the hearing, the

relevant legal authorities, and the argument of counsel, and for the reasons expressed in a

Memorandum of Decision entered by the Court on this date pursuant to Fed. R. Civ. P.

52, made applicable to adversary proceedings in bankruptcy cases by Fed. R. Bankr. P.

7052, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Abstain and Remand to

Texas Supreme Court filed in this removed action by the Long Trusts **[dkt #9]** is

**GRANTED** and that this cause of action is hereby **REMANDED** to the Supreme Court

of Texas [previous cause no. 11-0161].

**IT IS FURTHER ORDERED** that the Motion to Transfer Venue to the United

States Bankruptcy Court for the District of Delaware filed by the Recovery Trustee **[dkt #4]**

is **DISMISSED AS MOOT**.

Signed on 07/24/2013

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

-2-